NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 11-131 C/W CA 11-130, CA 11-132, & CA 11-133

BRIAN BERGERON

VERSUS

MADELEINE BERGERON

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C 993701 C/W 963223 C/W 995668 C/W
032145
HONORABLE PHYLLIS M. KEATY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

SHANNON J. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, Billy Howard Ezell, and Shannon J.
Gremillion, Judges.

**AFFIRMED.**

James Louis Daniels
Attorney at Law
110 E. Kaliste Saloom, Ste 210
Lafayette, LA 70508
(337) 706-8931
Counsel for Plaintiff/Appellee:
Brian Bergeron

Thomas Robert Shelton
Shelton Law Firm
P. O. Drawer 52548
Lafayette, LA 70505-2548
(337) 237-3000
Counsel for Defendant/Appellant:
Madeleine Bergeron

**GREMILLION, Judge.**

In these consolidated matters, the trial court's judgment is hereby affirmed in *Bergeron v. Bergeron*, 11-130 (La.App. 3 Cir. _/_/_), ___ So.3d ___.

**AFFIRMED FOR THE REASONS ASSIGNED**.

1